IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFREDO REYES, SR. AS WRONGFUL DEATH BENEFICIARY AND HEIR OF ALFREDO REYES JR., DECEASED *Plaintiff,* <br><br> VS. <br><br> MARATHON PETROLEUM COMPANY LP, <br> *Defendant.* | § § § § § § § § § | CIVIL ACTION NO. <br><br> _____ |

## NOTICE OF REMOVAL

Defendant Marathon Petroleum Company LP ("Marathon"), pursuant to 28 U.S.C. § 1441(a) and (b), submits this Notice of Removal to remove the civil action now pending in the 56th Judicial District Court of Galveston County, Texas. In support of this Notice of Removal, Marathon states as follows:

1. Marathon is a Defendant in a negligence action filed by Alfredo Reyes, Sr. in the 56th Judicial District Court of Galveston County, Texas, styled *Alfredo Reyes Sr. as Wrongful Death Beneficiary and Heir of Alfredo Reyes, Jr., Deceased v. Marathon Petroleum Company LP;* Cause No. 23-CV-1387.

2. Plaintiff's Original Petition was filed on August 25, 2023 and Marathon was served with process on August 30, 2023. Therefore, this removal is timely filed under 28 U.S.C. § 1446(b).

3. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, which provide for removal of civil actions concerning controversies between citizens of different states. Removal is proper under 28 U.S.C. § 1332(a)(1), because complete diversity of citizenship exists between the parties.

## COMPLETE DIVERSITY EXISTS

4. Plaintiff is an individual who is a citizen of Texas. (Pl.'s Orig. Pet. ¶ 2.)

5. Defendant Marathon is a non-Texas citizen, and therefore, diverse from Plaintiff.

6. Marathon is a limited partnership organized under the laws of Delaware with its principal place of business in Ohio. Marathon has one general and two limited partners. The general partner of Marathon is MPC Investment LLC. MPC Investment LLC is a Delaware LLC with its principal place of business in Ohio. The sole member of MPC Investment LLC is Marathon Petroleum Corporation, a Delaware corporation with its principal place of business in Ohio and publicly traded on the NYSE under the ticker symbol MPC. The first limited partner of Marathon is Marathon Petroleum Corporation. The second limited partner of Marathon is Giant Industries, Inc., a Delaware corporation with its principal place of business in Ohio. Accordingly, Marathon is a citizen of Delaware, by virtue of its organization, and Ohio, by virtue of its principal place of business.

## THE REQUISITE AMOUNT-IN-CONTROVERSY EXISTS

7. In his Original Petition, Plaintiff alleges that he seeks damages in excess of one million dollars. (Pl.'s Orig. Pet. ¶ 5.) As such, removal is proper under 28 U.S.C. § 1332(b) because, as set forth in Plaintiff's petition, the amount in controversy exceeds $75,000.

## COMPLIANCE WITH REMOVAL PROCEDURES

8. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Texas, Galveston Division is the federal district court for the district embracing the place where the action is pending.

9. Marathon is serving written notice of the filing of this Notice of Removal upon Plaintiff and will cause a copy of this Notice to be filed with the Court Clerk of the 56th Judicial District Court of Galveston County, State of Texas, in accordance with 28 U.S.C. § 1446(d).

10. All documents required to be furnished to the Court Clerk at the time of removal, pursuant to Local Rule 81 of the U.S. District Court, Southern District of Texas, are included hereto as Exhibit A.

11. Marathon reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Marathon removes to this Court the above-referenced action now pending in the 56th Judicial District Court of Galveston County, Texas.

Dated: August 31, 2023

Respectfully submitted,

SHIPLEY SNELL MONTGOMERY LLP

By: */s/ Joel Z. Montgomery*
    Joel Z. Montgomery
    Texas Bar No. 24002631
    Federal ID No. 22130
    717 Texas Avenue, Suite 1800
    Houston, Texas 77002
    Telephone: (713) 652-5920
    Facsimile: (713) 652-3057
    jmontgomery@shipleysnell.com

ATTORNEY IN CHARGE FOR DEFENDANT
MARATHON PETROLEUM COMPANY LP

OF COUNSEL:

SHIPLEY SNELL MONTGOMERY LLP

Brooksie Bonvillain Boutet
State Bar No. 24097400
Federal ID No. 2789069
bboutet@shipleysnell.com
Xperanza Uviedo
State Bar No. 24126047
Federal ID No. 3833601
xuviedo@shipleysnell.com
SHIPLEY SNELL MONTGOMERY LLP
717 Texas Avenue, Suite 1800
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court using the Southern District of Texas CM/ECF System for filing and service on all counsel of record, in accordance with FED. R. CIV. P. 5(b)(2)(E), on August 31, 2023.

Justin Carlisle
Law Offices of Domingo Garcia, L.L.P.
12929 Gulf Freeway
Houston, Texas 77034
Telephone: (713) 349-1500
Facsimile: (713) 432-7785
jcarlisle@millerweisbrod.com
**BY E-FILE/E-SERVICE**

  */s/ Joel Z. Montgomery*
Joel Z. Montgomery