Case 3:23-cv-00283   Document 15   Filed on 03/08/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **ALFREDO REYES, SR. AS WRONGFUL DEATH BENEFICIARY AND HEIR OF ALFREDO REYES, JR., DECEASED** *Plaintiff,* <br><br> VS. <br><br> **MARATHON PETROLEUM COMPANY LP** *Defendant.* | 3:23-CV-00283 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day came to be heard the Motion of Plaintiff Alfredo Reyes, Sr. as Wrongful Death Beneficiary and Heir of Alfredo Reyes, Jr., Deceased seeking dismissal of said cause without prejudice.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the above-entitled and numbered cause against Defendant Marathon Petroleum Company LP be and the same is dismissed without prejudice. All costs of court are taxed against the party incurring said costs.

DONE on this ___8th___ day of March, 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

APPROVED:

*/s/ Justin Carlisle*                  */s/ Joel Z. Montgomery \*by permission*
**Justin Carlisle**                     **Joel Z. Montgomery**
Attorney for Plaintiff              Attorney for Defendant